| | |
|---|---|
| | JS-6 |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONIQUE SCHWAB, an individual; and JORDAN SCHWAB, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FORD MOTOR COMPANY, a corporation; SUNRISE FORD, a business entity, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-01754-R (Ex)<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO FRCP 41(a)(1)(A)(ii)**<br><br>Judge: Hon. Manuel L. Real<br>Ctrm: 880 – 8th Floor<br><br>Complaint Filed: August 28, 2017<br>Trial Date: Not Set |

On January 22, 2018, Plaintiffs MONIQUE SCHWAB and JORDAN SCHWAB, along with Defendants FORD MOTOR COMPANY and SUNRISE FORD, entered into a stipulation pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

By the stipulation, the Parties agreed that the above-captioned action is voluntarily dismissed with prejudice in its entirety.

Therefore, good cause having been shown and the parties having stipulated to same, the Court hereby makes the following order:

IT IS ORDERED THAT:

1. This entire action is dismissed with prejudice, and each party shall bear their own fees and costs.

Dated: March 13, 2018    _____
Honorable Manuel L. Real
United States District Court Judge
Central District of California